STANTON, APPELLANT, *v.* LEWIS, RESPONDENT.

(No. 1,586.)

(Submitted May 26, 1903. Decided June 1, 1903.)

*Appeal—Transcript—Judgment Roll.*

Under Code of Civil Procedure, Section 1736, providing that on an appeal from a final judgment the appellant must furnish the court with a copy of the judgment roll, the court, on appeal from a final judgment, acquires no jurisdiction where the transcript contains no copy of any summons, proof of service, complaint, or other pleadings, constituting a part of the judgment roll, within Section 1196.

.*Appeal from District Court, Gallatin County; F. K. Armstrong, Judge.*

Action by E. F. Stanton against Ed. Lewis. From a judgment of the district court dismissing an appeal from a justice of the peace, plaintiff appeals. Appeal dismissed.

Mr. E. F. Stanton, in pro per.

Mr. John A. Luce, for Respondent.

Per Curiam.—This is an appeal from a final judgment made and entered in the district court of Gallatin county upon the dismissal of an appeal to that court from the justice of the peace court. Section 1196 of the Code of Civil Procedure specifies the papers which constitute the judgment roll. Section 1736 of the same Code provides that on an appeal from a final judgment the appellant must furnish the court with a copy of the notice of appeal, of the judgment roll, and of any bill of exceptions or statement in the case upon which the appellant relies. The transcript on appeal in this case contains no copy of any complaint, summons, proof of service, or of any other pleadings in the cause. There is therefore no judgment roll, within the meaning of Section 1196, *supra*. The provisions of Section 1736 are mandatory, and without the judgment roll this court has no jurisdiction to consider an appeal from a final judgment.

The appeal is therefore dismissed.

*Dismissed.*